1  ROBERT A. CASSIO, #170197
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone:   (559) 498-6310
   Facsimile:    (559) 498-8580
4
   Attorney for Defendant JOSE MANUEL PENA ZAVALA
5

6

7                    UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA - FRESNO

9                              * * * *

10  UNITED STATES OF AMERICA,        )   CASE NO. CR-F-04-5327 AWI
                                     )
11             Plaintiff,            )   STIPULATION AND ORDER CHANGING
                                     )   HEARING DATE
12                                   )
                                     )
13  v.                               )
                                     )
14                                   )
    JOSE MANUEL PENA ZAVALA,         )
15                                   )
               Defendant.            )
16                                   )
                                     )
17  _____  )

18       The parties hereto, by and through their respective attorneys, stipulate and agree that the

19  hearing currently set for March 12, 2007, at 9:00 a.m., shall be scheduled to February 20, 2007, at

20  9:00 a.m.

21

22  Dated: January 11, 2007              /s/ Robert A. Cassio
                                         ROBERT A. CASSIO
23                                       Attorney for Defendant
                                         ZULEMA ESPARZA ROJAS
24

25  Dated: January 11, 2007              /s/ Laurel Jackson Montoya

26                                       LAUREL JACKSON MONTOYA
                                         Assistant United States Attorney
27                                       **This was agreed to by Ms. Montoya
                                         via e-mail on January 5, 2007**
28

**ORDER**

IT IS SO ORDERED.

**Dated:    January 12, 2007**              /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE